ORIGINAL

In The United States District Court
For The District Of Delaware

Ronald G. Johnson #182421
Inmate No.
Petitioner
v.

U.S. Marshal's Office
Agency and Department et al.,

Civil Action No. 06-130

FILED
2/16/06
BY MAIL

"28 USC 2241(C)(3)"

"Petition For A Writ Of Habeas Corpus"

Comes Now, The Petitioner Ronald G. Johnson herewith and Moves this Honorable Court to issue a Writ Of Habeas Corpus to a) United States Marshals Office, Agency and Department b) Raphael Williams, Warden Of Howard R. Young Correctional Institution. c) United States Probation Office Of Wilmington Delaware d) United States Of America, Attorney General Office to test the Validity of their Continued Incarceration of Petitioner. Herewith Petitioner asserts the following facts and grounds supporting his cause.

### Jurisdiction

1.) The Superior Court has jurisdiction to issue a Writ Of Habeas Corpus to these parties pursuant to 10 Del. C. 6902,

## Statement of The Facts

8) a) These agencies has put a Detainer on me Secretly without my knowledge

b.) They has me held on a Detainer Claiming Violation of probation, but offers, Nor give a reason for revoking my probation.

c.) I have not been told anything. And there is nothing I can think of to have violated Probation. I am innocent of Violation of probation.

## Statement of Claims

9.) A Writ of "Habeas Corpus" is an extraordinary remedy issuable by trial court to inquire into a persons detention who is being detian or under restraint of there liberty. In the Interest of Sevens 652 A.2d 18 (1995). Purpose of Writ of Habeas Corpus is to benefit prisoners, and Writ is designed to accomplish speedy inquiry into allegedly unlawful detention of prisoners through Summary judicial Proceedings.

10.) Defendant asserts the following that his Continued detention is illegal for the following reasons:-

11.)         Constitutional Violation
6th Amendment Constitutional Violation And 14th Amend.
" The Six Amendment in relavant part states

(3)

"[I]n all criminal prosecuton the accused shall enjoy the right ... to be informed of the nature and cause of the accusations"

See: In Re to Oliver 333 U.S. 89  83 Sct 1194 (1948)
See: Brady v. Maryland 373 U.S. 85, 83 Sct 1194

12.) The Defendant do not know why this detainer is on him. Defendant has not or no knowledge of any grounds accused meriting a revokation of his probation.

## Relief Pray And Saught

13.) Wherefore, Defendant prays that Writ of Habeas Corpus be issued forewith directing these parties requiring them to produce the body of the defendant-Petitioner before a judge of this District Court For the District OF Delaware, together with these alleged grounds and the Cause of this detention, so that the Constitutionality and legality of his Confinement and detention may be inquired into with respect to the Law of Delaware and such Rights as guaranteed by the Constitution of United States Upon deficiency defendant Prays for immediate release from Custody.
Thank You Sincerely  Ronald Dahan  February 14, 2006

(4)

Ronald G. Johnson
#182471 / H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

U.S.M.S.
X-RAY

Please
Le[ave]
Office of The Clerk
United States District Court
For The District Of Delaware
844 N. King Street
Wilmington Delaware 19802

LEGAL MAIL

MAILED FROM ZIP CODE 19802
$00.39
FEB 15 2006