ORIGINAL

United States District Court
For the District of Delaware

Re: Ronald G. Johnson )
      Petitson
V. ) Civil Action No. 06-130
  U.S.Marshals Office et al., )
Ex-Parte

<u>Administrative Notice</u>

FILED/RECEIVED
FEB 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear; Respectful Clerk

    Comes Now the Petitioner and File Administrative Notice to the Clerk. Dear Clerk Please "<u>do not</u>" Consolidated this Writ of Habeas Corpus Pursuant to 28 USC 2241 (c)(3) with any other Case File in this Court and do not Construe it to be any other petitson that what it is.

    Send me a "<u>Case Number</u>" for this filing upon recieving it. Thank You Sincerely!
Thank You Sincerely Ronald Johnson