In The United States District Court
For The District Of Delaware

Ronald G. Johnson
v.
U.S. Marshal's Office et al.,

Civil Action No. 1:06-CV-130 (KAJ)

FILED
MAR 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Motion For Order Of Remover Of Detainer"

Comes Now, the Petitioner Ronald G. Johnson and Moves this Honorable Court to "Order" the Warden, Raphael Williams of Howard R. Young Correctional Institution 1301 E. 12th Street Wilmington De, 19809 to Remove the Detainer put on me by U.S. Marshal's Office. In support thereof Petitioner asserts the following.

"Statement of The Fact"

Federal Civil Rights Under The 6th And 14th Amendment To The Constitution And Due Process Rights Violations

" The Six Amendment provides in relevant parts that [I]n all Criminal Prosecutions, The accuse shall enjoy the right ... to be informed of the nature and Cause of the accusation." This right applies to States through the 14th Amendment.
See In Re. To Oliver 333 U.S. 257 (1948)

The United State Marshals Office has not given me any formal or informal knowledge of a reason for violating my probation. In fact I found out about it by source trieing to be move to a Program. I have not receive any paperwork on or of Probation Violation. It's held on me Secretly And Should be move for "Speedy Trial Violations" as well. Thank You Sincerely Ronald Johnson 3-27-06

Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

Office of The Cler
United States District Court
The District of Delaware
844 N. King Street
Wilmington, Delaware 19802

LEGAL MAIL ONLY