In The United States District Court

For The District OF Delaware

Ronald G. Johnson )
v.   Petitioner )
 ) Civil Action No. 1:06-CV-00130
U.S. Marshal's Office )
 )

Motion For The Status OF "Motion For Order OF Removal OF Detention Order".

Comes Now the Petitioner Ronald G. Johnson and Moves this Honorable Court for the Status of Motion For A Order Ordering the Warden of Howard R. Young Correctional Institution to remove detainer put on the Petitioner.

"Request Information"

a.) What is the Status OF the Serving of the parties to this Complaint for Writ of Habeas Corpus?

b.) What is the Status of my Motion For a Order Ordering Raphael Williams warden of this prison to remove and or Dismiss the detainer put on the Petitioner. "Rules OF Civil Procedure Regarding Writ OF Habeas Corpus".

There is a Rule of Civil Procedure regarding Due Process of all Writ of Habeas Corpus. Please Check and see if it's being Followed?
Thank You Sincerely! Ronald G. Johnson, April 7,06 !

FILED
APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
[ Wilmington, Delaware 19809

WILMINGTON DE 197

10 APR 2006

1" Legal ^

02 1A
0004615572    APR 10 2006
MAILED FROM ZIP CODE 19802

$ 00.39°

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19802

U.S.M.S.
X-RAY

LEGAL MAIL ONLY