☐ ORIGINAL

United States District Court
For The District Of Delaware

Ronald G. Johnson )  06-130
    Petitioner ) U.S. District Court, For District of Delaware
V. ) Civil Action No. _____
U.S. Probation Office )
  ) Previous Cases
" Ex-Parte Petition " U.S. District Court Lynchburg
  Criminal I.D. No. 6:01-CR-10019 N.K.M.
  Delaware U.S. District Court
  Criminal I.D. No. CR05-29

FILED
MAY 9 - 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Ex-Parte Motion For Appointment Of Counsel "

Pursuant To Criminal Justice Act Title 18 USC 3006A(a)(2)(B)

Comes Now the Petitioner Ronald G. Johnson Inmate #18242 Address " 27 Dorsey Lane, Bear, Delaware 19903 and Moves this Honorable Court For appointment Of Counsel Pursuant To the Criminal Justice Act Title 18 USC 3006A(a)(2)(B). In Support There of Petitioner asserts the Following.

a.) The Petitioner Seeks to File a Petition Pursuant To 28 USC 2241(c)(3) against his illegal Custody of the U.S. Probation Office. and do not know how.

b.) The Petitioner only has a 8th grade Education and Can not File his own Petition. I am not Skilled at law. The Petition I seek to File involves Complex Criminal Issues, Habeas Corpus issues, Trial Errors, Appeal Errors, Factual Errors, Jurisdiction issue and Constitution Violations et. al., " Relief Sought "

Therefore The Petition Files this Petition Seeking Appointment of Counsel. Counsel is needed and Prayed.

Oath and Affidavit: I Declared the above true under Perjury, Ronald Johnson
Thank You and Your help and kindness is truly Appreciated! Declared May 2, 2006

## "Certificate OF Service"

I Declare under the penalty of perjury that I serve a true and Full Copy on the Attorney General list below

### Parties Served

Office of United States Attorney
1007 Orange Street, Suit 700
Wilmington, Delaware 19899

## "Oath and Affidavit"

I Declare under penalty of perjury that the information in my Petition is true and Correct under penalty of perjury. And that a true and Correct Copy was serve on the United States OF America Attorney General

Declared May 2, 2006          Signed Ronald Jackson

