United States District Court
For The District Of Delaware

Ronald G. Johnson )
    Petitioner )
v )
 ) Civil Action No. 1:06-CV-00130
U.S. Marshal's Office )
U.S. Probation Office )
United States Of America )

## Motion For Status Of Case

Comes Now, The Petitioner and Moves this Honorable Court For the Status Of this Case.

a) Is the Rule Of Civil Procedure being Followed?

b) Has anything been done?

c) Are the respondent been Order to respond?

d) When will I be brought before the Court?

Dear; Clerk

Please notify me as to are the Rule of Civil Procedures being followed.

Thank You Sincerely Ronald Johnson — May 16, 2006

FILED
MAY 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned

