OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 19, 2006

TO: Ronald G. Johnson
SBI# 182421
HRYCI
P.O. Box 9561
Wilmington, DE 19809

*RE: Status Letter; 06-130(KAJ)*

Dear Mr. Johnson:

This office received a letter from you requesting the status of case 06-130. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

United States District Court
For The District Of Delaware 

Ronald G. Johnson )
   Petitioner )
v )
               ) Civil Action No. 1:06-CV-00130
U.S. Marshal's Office )
U.S. Probation Office )
United States Of America )

## Motion For Status Of Case

Comes Now, The Petitioner and Moves this Honorable Court For the Status Of this Case.

a.) Is the Rule Of Civil Procedure being followed?

b.) Has anything been done?

c.) Are the respondent been Order to respond?

d.) When will I be brought before the court?

Dear; Clerk

Please notify me as to are the Rule Of Procedures being followed.
Thank You Sincerely  Ronald Johnson  May 16, 2006

FILED
MAY 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned